## ATTACHMENT A

## STIPULATION OF FACTS

*The undersigned parties stipulate and agree that if this case had proceeded to trial, this Office would have proven the following facts beyond a reasonable doubt. The undersigned parties also stipulate and agree that the following facts do not encompass all of the evidence that would have been presented had this matter proceeded to trial.*

On March 7, 2022, the Defendant, Ronald WHITENER, on supervised release in DKC-18-606, beat his girlfriend, Q.D. during a disagreement about a letter WHITENER wrote to Judge Chasanow. Q.D. called 911 to report the assault; in response, a BPD officer asked her to meet him at the commissioner so he could assist Q.D. in filing a complaint against WHITENER. Q.D. texted the officer that WHITENER showed up at her location and she could not leave. She directed the officer to 204 W. Saratoga Street ("204").

The officer arrived on scene and met with a resident of 204. The resident told the officer that he drove WHITENER to Q.D.'s location and brought the two back to 204, where all three lived. The officer heard a female screaming inside 204 and entered to render aid. He found Q.D. crying and injured. She told the officer WHITENER had a firearm and that he was in the basement. She described the gun as black with pink rubber bands. She also told the officer where WHITENER hides the gun in the basement.

WHITENER came up from the basement and was arrested. The officer authored a search warrant for 204. He found a loaded black Glock G42, .380 caliber handgun with serial number AASY841, with pink rubber bands hidden in a crawl space that Q.D. had described. He also recovered a loaded Glock magazine. There was a total of 29 rounds of ammunition between the Glock and the magazine. The firearm meets the definition of a firearm in 18 USC 921(a); it was not manufactured in Maryland. The ammunition similarly meets the definition of ammunition in the U.S. code and was not manufactured in Maryland thereby affecting interstate commerce.

Other evidence of this crime includes recorded jail calls between WHITENER and Q.D. in which WHITENER stated he will claim the gun was hers, not his; video of WHITENER assaulting Q.D. in the lobby of 204; body worn camera footage; testimony from an officer regarding the search of WHITENER's hotel room and the recovery of marijuana packaged for distribution; a video of WHITENER dancing with the recovered Glock in a holster with pink rubber bands around the handle; and screen shots of Amazon.com purchases for a gun holster and a bullet proof vest and used by WHITENER.

At the time of the search and his possession of the firearm and ammunition on March 7, 2022, the Defendant agrees he had previously been convicted of a crime punishable by more than one year, and that he was aware of that status. He further agrees that he violated conditions of his supervised release in DKC-18-606 by possessing the firearm and ammunition in addition to assaulting Q.D.

All events occurred in the District of Maryland

Rev. August 2018

SO STIPULATED:

_____
Patricia McLane
Assistant United States Attorney

_____
Ronald Whitener
Defendant

_____
Christopher Madiou, Esq.
Counsel for Defendant